1  BENJAMIN B. WAGNER
United States Attorney
2  KIMBERLY A. SANCHEZ
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO.  1:14-CR-00154 LJO SKO |
|---|---|
| Plaintiff, | ORDER ON GOVERNMENT'S MOTION TO RETURN JESUS MENDOZA (USMS#/BOP# 19514-097)  TO BOP CUSTODY |
| v. | |
| JESUS MENDOZA, | |
| Defendant. | |

16

17        IT IS HEREBY ORDERED that Jesus Mendoza (USMS #/BOP# 19514-097), who is currently

18  in USMS custody, be returned to the custody of the Bureau of Prisons.  The time Jesus Mendoza (USMS

19  #/BOP# 19514-097) spent in USMS custody should be attributed to the sentence he was serving and not

20  to any new charges.

21  IT IS SO ORDERED.

22     Dated:    **March 27, 2015**                    **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

1